UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IVAN RIVERA,<br>    Plaintiff,<br>v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>    Defendant. | No. 5:20-cv-02384-PD<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: June 29, 2021

*Patricia Donahue*
HON. PATRICIA DONAHUE
United States Magistrate Judge